AARON D. FORD
  Attorney General
GREGORY L. ZUNINO, Bar No. 4805
  Deputy Solicitor General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1100
E-mail: glzunino@ag.nv.gov
E-mail: cnewby@ag.nv.gov

*Attorneys for Barbara Cegavske*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIGHT FOR NEVADA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State,<br><br>                    Defendants. | Case No.  2:20-cv-00837-RFB-EJY<br><br>**DECLARATION OF<br>WAYNE THORLEY** |

I, WAYNE THORLEY, declare as follows:

I am the Deputy of Elections for the Nevada Secretary of State.  I was appointed to the position of Deputy of Elections pursuant to NRS 225.060(1), and I have held the position since October 21, 2015.  I have personal knowledge of the matters set forth below, and if called upon to testify in the above-captioned matter, I would testify as follows:

1.    The notice of intent to recall required pursuant to NRS 306.015 was filed on February 14, 2020.  A copy of the notice of intent is attached.

2.    Article 2, Section 9 of the Nevada Constitution requires recall petitions to include signatures from at least 25 percent of the voters who actually voted in the election at which the public officer was elected.  At the 2018 general election, there were 975,980 votes cast statewide.  This means 243,995 valid signatures are required to trigger a recall election.

3.      Pursuant to NRS 306.015, Fight For Nevada has 90 days to gather signatures on the recall petition from the date the notice of intent was filed.  The 90th day is May 14, 2020.

4.      Due to changes from the 2019 legislative session, NRS 306.015 now requires recall supporters to turn in signatures collected to date at the midpoint (45 days) of the 90-day signature gathering period.  The 45th day was March 30, 2020.

5.      The total number of signatures submitted at the midpoint was 15,892.  This represents 6.5 percent of the total number of signatures needed.  Also, this is just the raw total.  Signatures have not been verified (and will not be verified unless enough raw total signatures are submitted).  After signature verification the total number of valid signatures would be somewhat less than 15,892.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of May, 2020.


/s/ *Wayne Thorley*
WAYNE THORLEY

-2-

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of May, 2020, I filed with this Court's CM/ECF electronic filing system, **DECLARATION OF WAYNE THORLEY,** and served by this Court's electronic notification system to the addresses listed below:

Robert E. Barnes, Esq.
robertbarnes@barneslawllp.com

Jeffrey Jaegar, Esq.
jeff@jeffjaeger.com
*Pro Hac Vice Pending*

*Counsel for Plaintiff*

_____
An employee of the Office
of the Attorney General